UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

RODNEY FORD,

    Plaintiff,                                    No. 18-12809

v.                                             District Judge Avern Cohn
                                                    Magistrate Judge R. Steven Whalen

ANTHONY STEWARD, ET AL.,

    Defendants.
_____/

**ORDER DENYING MOTIONS TO APPOINT COUNSEL**

Plaintiff Rodney Ford, a prison inmate in the custody of the Michigan Department of Corrections, has filed a *pro se* civil complaint under 42 U.S.C. § 1983. Before the Court are his two motions to appoint counsel [Doc. #19 and #32].

Unlike criminal cases, there is no constitutional or statutory right to the appointment of counsel in civil cases. Rather, the Court requests members of the bar to assist in appropriate cases. In *Lavado v. Keohane*, 992 F.2d 601, 605-606 (6th Cir. 1993), the Sixth Circuit noted that "[a]ppointment of counsel in a civil case is not a constitutional right. It is a privilege that is justified only by exceptional circumstances." (Internal quotations and citations omitted).

It is the practice of this Court to defer any attempt to obtain counsel for *pro se* civil rights Plaintiffs until after all motions to dismiss or motions for summary judgment have been denied. Motions for summary judgment are presently pending. [Docket #20 and #34]. At this stage of the proceedings, Plaintiffs' request for counsel is premature.

Accordingly, Plaintiff's Motions to Appoint Counsel [Doc. #19 and #32] are DENIED WITHOUT PREJUDICE.

IT IS SO ORDERED.

s/ R. Steven Whalen
R. STEVEN WHALEN
UNITED STATES MAGISTRATE JUDGE

Dated: May 23, 2019

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was sent to parties of record on May 23, 2019, electronically and/or by U.S. mail.

s/Carolyn M. Ciesla
Case Manager to the
Honorable R. Steven Whalen