UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

RODNEY FORD,

        Plaintiff,                        Case Number: 18-12809

v.                                                   HONORABLE AVERN COHN

ANTHONY STEWARD, SOPHIA
BRADLEY, CHARLES JAMSEN,
UNKNOWN CORRECTIONS OFFICER,
UNKNOWN MEDIAL STAFF, and
BIENVENIDO CANLAS,

        Defendants.
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION (Doc. 45)
## AND
## GRANTING DEFENDANT ANTHONY STEWARD'S MOTION FOR SUMMARY JUDGMENT (Doc. 20)

I.

This is a prisoner civil rights case under 42 U.S.C. § 1983. Plaintiff Rodney Ford, proceeding pro se and in forma pauperis, filed a complaint naming Anthony Steward, Sophia Bradley, Charles James, Unknown Corrections Officer, Unknown Medical Officer, and Bienvenido Canlas as defendants. Plaintiff, an inmate at the MDOC's Jackson facility, claims that defendants were deliberately indifferent to his serious medical needs. The matter has been referred to a magistrate judge for pretrial proceedings. (Doc. 7).

Anthony Steward, the Warden, filed a motion for summary judgment. (Doc. 20). The magistrate judge issued a report and recommendation (MJRR), recommending that he motion be granted because there is no genuine issue of material fact that Steward

was not involved in plaintiff's medical care and cannot be liable as a matter of law. (Doc. 45). Neither party has filed objections and the time for filing objections has passed.

II.

The failure to file objections to the MJRR waives any further right to appeal. Smith v. Detroit Federation of Teachers Local 231, 829 F.2d 1370, 1373 (6th Cir. 1987). Likewise, the failure to object to the MJRR releases the Court from its duty to independently review the motions. Thomas v. Arn, 474 U.S. 140, 149 (1985). However, the Court has reviewed the MJRR and agrees with the magistrate judge.

III.

The findings and conclusions of the magistrate judge are adopted as the findings and conclusions of the Court. Steward's motion for summary judgment is GRANTED. The case continues before the magistrate judge against the remaining defendants.

SO ORDERED.

S/Avern Cohn
AVERN COHN
UNITED STATES DISTRICT JUDGE

Dated: 8/12/2019
Detroit, Michigan