UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

RODNEY FORD,

      Plaintiff,                            No. 18-12809

v.                                         District Judge Avern Cohn
                                            Magistrate Judge R. Steven Whalen

ANTHONY STEWARD, ET AL.,

      Defendants.
_____/

**ORDER DENYING MOTION TO SUBPOENA DOCUMENTS**

Before the Court is Plaintiff's Motion to Compel Discovery [ECF No. 30]. He has not attached a copy of his discovery request to his motion, as required by E.D. Mich. L.R. 37.2. In their response [ECF No. 33], Defendants state that they received a letter request from Plaintiff for his medical records and grievance documents in their possession.

Plaintiff states that he needs this material in order to prepare a response to Defendants' summary judgment motion. While Plaintiff's motion could be denied based on his failure to attach his requests, it appears that his motion is moot in any event. In the motion, Plaintiff notes that Defendants Jamsen and Camlas moved to seal Exhibit A of the motion for summary judgment that they filed subsequent to Plaintiff's motion. Exhibit A contains Plaintiff's medical records. On March 21, 2019, the Defendants served a copy of their motion, presumably with exhibits, on Plaintiff by mail. Plaintiff's response to the motion for summary judgment [ECF No. 39] includes portions of his medical records and grievances. Because he has now received the material he requested,

Plaintiff's Motion to Compel [ECF No. 30] is DENIED AS MOOT.

IT IS SO ORDERED.

                                                  s/ R. Steven Whalen
                                                  R. STEVEN WHALEN
                                                  UNITED STATES MAGISTRATE JUDGE

Dated: January 3, 2020

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was sent to parties of record on January 3, 2020, electronically and/or by U.S. mail.

                                                  s/Carolyn M. Ciesla
                                                  Case Manager to the
                                                  Honorable R. Steven Whalen