UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

RODNEY FORD,

    Plaintiff                                       Civil Case No. 18-12809
                                                    Honorable Linda V. Parker

v.

ANTHONY STEWARD, et al.

    Defendants.
_____/

**<ins>OPINION AND ORDER GRANTING DEFENDANT JAMSEN AND CANLAS' MOTION FOR SUMMARY JUDGMENT [ECF NO. 34]</ins>**

Plaintiff commenced this lawsuit against Defendants on September 10, 2018. On March 21, 2019, Defendants Charles Jamsen and Bienvenido Canlas filed a motion for summary judgment. The matter has been assigned to Magistrate Judge R. Steven Whalen for all pretrial proceedings, including a hearing and determination of all non-dispositive matters pursuant to 28 U.S.C. § 636(b)(1)(A) and/or a report and recommendation on all dispositive matters pursuant to 28 U.S.C. § 636(b)(1)(B).

On January 27, 2020, Magistrate Judge Whalen issued a report and recommendation ("R&R") recommending that the Court grant Defendant Jamsen and Canlas' motion. At the conclusion of the R&R, Magistrate Judge Whalen advises the parties that they may object to and seek review of the R&R within

fourteen days of service upon them.  He further specifically advises the parties that "[f]ailure to file specific objections constitutes a waiver of any further right to appeal." (*Id.*)  Neither party filed objections to the R&R.

The Court has carefully reviewed the R&R and concurs with the conclusions reached by Magistrate Judge Whalen.  The Court therefore adopts the R&R.

Accordingly,

**IT IS ORDERED** that Defendant Charles Jamsen and Bienvenido Canlas' motion for summary judgment (ECF No. 34) is **GRANTED** and they are **DISMISSED AS PARTIES** to this action.

**IT IS SO ORDERED.**

                                             s/ Linda V. Parker
                                             LINDA V. PARKER
                                             U.S. DISTRICT JUDGE

Dated: February 21, 2020

I hereby certify that a copy of the foregoing document was mailed to counsel of record and/or pro se parties on this date, February 21, 2020, by electronic and/or U.S. First Class mail.

                                             s/ R. Loury
                                             Case Manager